# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Edison W. Guevara Chamba**

      v.                                                    Case No. 26-cv-504-PB-TSM

**Andrew Ackley, Warden,**
**FCI Berlin, et al.**

## ORDER

After the government notified the Court that Edison W. Guevara Chamba received the bond hearing he sought on July 6, 2026, see Doc. 9, I ordered Guevara Chamba to show cause within seven days why his petition should not be dismissed. Doc. 10. Guevara Chamba has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 16, 2026

cc:    Counsel of Record